IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, individually and on behalf of similarly situated persons,<br><br>                  Plaintiff,<br>v.<br><br>NO LIMIT INVESTIGATIVE AND SECURITY SERVICES, LLC and ROBERT FORD, individually,<br><br>                  Defendants. | Case No. 3:24-cv-00046-TCB<br><br>Collective Action Complaint<br><br>Jury Demand |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISS WITH PREJUDICE

The parties having submitted their Joint Motion to Approve Settlement, and the Court having reviewed the motion, the exhibits thereto, and any argument of counsel is of the opinion that it should be and hereby is GRANTED.

It is therefore ORDERED as follows:

The Parties' Settlement Agreement is APPROVED under the Fair Labor Standards Act and Defendants shall make the payments as required in the Settlement Agreement.

This case and all claims asserted in this case, are DISMISSED WITH PREJUDICE, with each Party to bear its own costs.

IT IS SO ORDERED this 7th day of January, 2025.

_____
Timothy C. Batten, Sr.
United States District Judge